UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                   Jane K. Castro
Clerk of Court                                                                     Chief Deputy Clerk

January 22, 2024

Mr. Ronnie Allen Bellamy Jr.
# 53454
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

>   RE:   23-3259, Bellamy v. State of Kansas, et al
>         Dist/Ag docket: 5:23-CV-03051-JWL

Dear Appellant:

Please note the following requirements for prosecuting this matter.

The record on appeal in this case will consist of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need to submit any record materials to the court.

In our previous correspondence, you were given a deadline in which to file an entry of appearance form with the court. To date, we have not received that form. You must submit an entry of appearance form within 40 days of the date of this letter. An additional form will be provided to you.

Regardless of the fact that district court has notified us that in forma pauperis status was granted, you must apply to this court for leave to proceed on appeal without prepayment of costs or fees pursuant to 28 U.S.C. 1915. Please complete the Motion For Leave To Proceed On Appeal Without Prepayment Of Fees (which will be provided to you) and return them to this court within 40 days of the date of this letter. Unless the fees are paid or the forms are returned within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief could result in dismissal of this appeal without further notice. *See* 10th Cir. R. 42.1. Copies of the brief must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/mlb